IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.:_8:21-cv-02302

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| TAMPA BAY DELIVERY SERVICE, LLC | ) ) ) ) |
| Defendant. | ) ) ) |
| _____ | ) |

## MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE

Pursuant to Federal Rules of Civil Procedure 7(b)(1) and 65(d), Plaintiff, United States Equal Employment Opportunity Commission ("EEOC") and Defendant Tampa Bay Delivery Service, LLC (collectively referred to as "the Parties") request that the Court approve and enter the attached signed Consent Decree.

1. The EEOC is the federal agency responsible for enforcing federal laws prohibiting employment discrimination, including Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*

2. The EEOC filed this action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e et seq. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. §1981a, to correct unlawful employment practices on the basis of religion and to provide appropriate relief to Isavion Howard.

3. Tampa Bay Delivery Service denied and continues to deny EEOC's allegations.

4. Through settlement discussions, the Parties have agreed to resolve this action in the terms reflected in the Consent Decree. *See* Exhibit 1.

5. The Parties request that the Court approve and execute the Consent Decree. The Consent Decree conforms to Federal Rule of Civil Procedure 65(d) in that it states the reasons for its issuance, provides specific terms with which the Parties must comply, and describes in detail the acts restrained and required.

6. The Court's entry of the Consent Decree will resolve all claims asserted by the EEOC's Complaint in their entirety.

7. The Parties request that the Court administratively close this case and retain jurisdiction to enforce the terms of the Consent Decree. Each Party has agreed to bear their own attorneys' fees and costs incurred in this matter.

**WHEREFORE**, for the foregoing reasons, the Parties respectfully request that this Court grant this joint motion for approval of the Consent Decree, execute the attached Consent Decree, administratively close this action, retain jurisdiction to enforce the terms of the Consent Decree, and enter any and all further relief that the Court deems equitable and just.

Dated:  September 29, 2021

Respectfully Submitted,

/s/ *Chelsae J Ford*
CHELSAE J FORD
Florida Bar No. 0106029
U.S. EEOC
Tampa Field Office
501 E. Polk Street, Ste 1000
Tampa, FL 33602
T: (813)710-9346
F: (813)228-2045
chelsae.ford@eeoc.gov
Trial Counsel for Plaintiff

s/ *Dee Anna D. Hays*
DEE ANNA D. HAYS
Florida Bar No. 64790
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.

100 N. Tampa Street, Ste 3600
Tampa, FL 33602
T: (813 289-1247
Deeanna.hays@ogletree.com
Counsel for Defendant Tampa Bay Delivery Service, LLC

## CERTIFICATE OF SERVICE

I certify that on September 29, 2021, I served the foregoing document on Defendant's counsel via e-mail.

/s/ *Chelsae Johansen Ford*
CHELSAE JOHANSEN FORD
Florida Bar No. 0106029
*Trial Counsel for Plaintiff*