UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.                                                  Case No: 8:21-cv-2302-CEH-AEP

TAMPA BAY DELIVERY SERVICE,
LLC,

    Defendant.
_____/

## ORDER

    This cause comes before the Court upon the Motion for Approval and Entry of Consent Decree (Doc. 2), filed on September 29, 2021. In the motion, the parties represent that they have agreed to resolve this action. Doc. 2 at 2. As such, they move the Court to approve and execute an attached consent decree. *Id.* The parties are **DIRECTED** to e-mail a copy of the consent decree in Microsoft Word format to chambers (chambers_flmd_honeywell@flmd.uscourts.gov) within **SEVEN (7) DAYS** of the date of this order.

    **DONE AND ORDERED** in Tampa, Florida on October 1, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any