UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.                                      Case No. 21-cv-02302

TAMPA BAY DELIVERY SERVICE,
LLC,

    Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW Eliza N. Horne of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and enters her Notice of Appearance for and on behalf of Defendant TAMPA BAY DELIVERY SERVICE, LLC, in the above-captioned matter and requests that copies of all pleadings, motions and other documents filed in the captioned matter be served on the undersigned.

Dated: October 5, 2021

                                                      Respectfully submitted,

                                                      */s/ Eliza N. Horne*
                                                      Eliza N. Horne
                                                      Florida Bar No. 1018588
                                                      Dee Anna D. Hays

Florida Bar No. 0064790  
OGLETREE, DEAKINS, NASH,  
SMOAK & STEWART, P.C.  
100 North Tampa Street, Suite 3600  
Tampa, Florida 33602  
Telephone: (813) 289-1247  
Facsimile (813) 289-6530  
eliza.horne@ogletree.com  
deeanna.hays@ogletree.com  
Secondary:  
angela2.jackson@ogletree.com  
angela.calderon@ogletree.com  
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 5, 2021, I electronically filed the foregoing with the Court using the CM/ECF system, which will serve a copy of this document electronically to all counsel of record.

>   */s / Eliza N. Horne*
>   Attorney

48758198.1