# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.                                    Case No. 21-cv-02302

TAMPA BAY DELIVERY SERVICE,
LLC,

    Defendant.

_____/

## NOTICE OF APPEARANCE

COMES NOW Dee Anna D. Hays of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and enters her Notice of Appearance for and on behalf of Defendant TAMPA BAY DELIVERY SERVICE, LLC, in the above-captioned matter and requests that copies of all pleadings, motions and other documents filed in the captioned matter be served on the undersigned.

Dated: October 5, 2021

                                              Respectfully submitted,

                                              */s/ Dee Anna D. Hays*
                                              Dee Anna D. Hays
                                              Florida Bar No. 0064790
                                              Eliza N. Horne
                                              Florida Bar No. 1018588

2

OGLETREE, DEAKINS, NASH,<br>
SMOAK & STEWART, P.C.<br>
100 North Tampa Street, Suite 3600<br>
Tampa, Florida 33602<br>
Telephone: (813) 289-1247<br>
Facsimile (813) 289-6530<br>
eliza.horne@ogletree.com<br>
deeanna.hays@ogletree.com<br>
Secondary:<br>
angela2.jackson@ogletree.com<br>
angela.calderon@ogletree.com<br>
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 5, 2021, I electronically filed the foregoing with the Court using the CM/ECF system, which will serve a copy of this document electronically to all counsel of record.

> */s/ Dee Anna D. Hays*
> Attorney

48775694.1

2